**EXHIBIT "1"**

**EXHIBIT "1"**

1

Case No. 3:11-CV-00534-ECR-CWH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

OSCAR RENTERIA and DENISE RENTERIA, individually and in their capacities as Co-Trustees of the RENTERIA FAMILY TRUST,

        Plaintiffs,

vs.

EUGENE CLEVELAND CANEPA, an individual,

        Defendant.

==============================================================

VIDEOTAPED EXAMINATION OF JUDGMENT DEBTOR OF
PMK OF FQ MEN'S CLUB, INC., DBA THE MEN'S CLUB OF RENO;
EUGENE CANEPA, INDIVIDUALLY

Thursday, December 6, 2012

Reno, Nevada

Reported by:  KIMBERLY J. WALDIE, NV CCR #720, RPR
              CALIFORNIA CSR #8696

Case 3:11-cv-00534-RCJ-CWH   Document 36-1   Filed 12/17/12   Page 3 of 8
Renteria vs Canepa                    Eugene Canepa as PMK for The Men's Club
                                                         December 06, 2012

```
                                                                    2
 1

 2

 3  APPEARANCES OF COUNSEL:

 4

 5  For the Plaintiffs:

 6      HOLLAND & HART
        BY:  TIMOTHY A. LUKAS, ESQ.
 7      5441 Kietzke Lane, 2nd Floor
        Reno, Nevada 89511
 8

 9  For the Defendants:

10      HARDY LAW GROUP
        BY:  DEL HARDY, ESQ.
11      96 & 98 Winter Street
        Reno, Nevada 89503
12

13  Videographer:

14      David Corrao

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:11-cv-00534-RCJ-CWH    Document 36-1    Filed 12/17/12    Page 4 of 8
Renteria vs Canepa                              Eugene Canepa as PMK for The Men's Club
                                                                December 06, 2012

                                                                        29

1    A    Pardon me?

2    Q    Make sure that they have access to the tower?

3    A    Yes.

4    Q    Okay.  Other than FQ Men's Club and the cell
5  tower leases, do you have any other sources of income
6  like interests that you are collecting off of CDs,
7  dividends from stocks and bonds?

8    A    No.

9    Q    What -- you're president and have been
10 president of Men's Club for, I think almost 16 years
11 leases.  One for --

12   A    Two different entities, though.  French quarter
13 from '94 until it moved to Vegas, and FQ started in
14 2005.

15   Q    So when FQ started in 2005, then you were the
16 president of that since its inception.  Correct?

17   A    Yes.

18   Q    Okay.  You signed your own Employment
19 Agreement.

20        Are there any other shareholders and interest
21 holders in The Men's Club?

22   A    In FQ Men's Club?

23   Q    Yes.

24   A    Yes.

25   Q    How many?

Case 3:11-cv-00534-RCJ-CWH   Document 36-1   Filed 12/17/12   Page 5 of 8
Renteria vs Canepa                    Eugene Canepa as PMK for The Men's Club
                                                            December 06, 2012

30

```
 1    A    There's five others.
 2    Q    And what's the percentage ownership interest?
 3    A    Two percent each.
 4    Q    Of the other four?
 5    A    Of the other five.
 6    Q    Of the other five.  So they own, then, a
 7 cumulative 10 percent?
 8    A    Yes.
 9    Q    And then you own 90 percent?
10    A    Currently.
11    Q    When you say "currently," is there --
12    A    There's a buyout where they'll eventually buy
13 me out.
14    Q    Is there a current buyout -- well, you said --
15 let me rephrase that.
16         Explain it to me, please.
17    A    I don't know.  My accountant put it together.
18 It's just an employee -- employee purchase agreement.
19    Q    Employee --
20    A    It's not even purchase.  It's a bonus agreement
21 where they'll eventually own the company.
22         MR. LUKAS:  Counsel, I'd like a copy of his
23 interest.  That's obviously significant.
24         THE WITNESS:  I didn't hear you.  I'm sorry.
25    Q    MR. LUKAS:  No.  I need your counsel to produce
```

Case 3:11-cv-00534-RCJ-CWH    Document 36-1    Filed 12/17/12    Page 6 of 8
Renteria vs Canepa                              Eugene Canepa as PMK for The Men's Club
                                                                December 06, 2012

```
                                                                    65
 1    Q    Do you recall the last time you did any
 2  amendments to the trust?
 3    A    I don't recall.
 4    Q    Last year?
 5    A    No, nothing I know of.
 6    Q    Last two years since the employment contract?
 7    A    Nothing I recall.
 8    Q    Okay.  You had an entity at one time called
 9  Western Properties of Nevada, LLC.  Remember that
10  entity?
11    A    Yes.
12    Q    Okay.  And it shows in the Secretary of State's
13  record it was created about 2002.  Sound about right?
14    A    That's correct.
15    Q    Okay.
16    A    It sounds right.
17    Q    I know at one time you were -- well, you always
18  seemed to own, if I recall right, in excess of
19  90 percent of that entity.  Correct?
20    A    I can't say that.  I don't recall.
21    Q    Okay.
22    A    I know it depleted --
23    Q    Okay.
24    A    -- when I sold interest.
25    Q    Okay.  You had -- the only managers I'm aware
```

Case 3:11-cv-00534-RCJ-CWH   Document 36-1   Filed 12/17/12   Page 7 of 8
Renteria vs Canepa                                Eugene Canepa as PMK for The Men's Club
                                                                            December 06, 2012

                                                                                   72

1  trustee's going to pay.

2      Q    Don't know.

3           The assignment to Mr. Peterson, is it in
4  writing?

5      A    I believe so, yeah.

6      Q    Okay.  And who's in possession of that
7  assignment?

8      A    I think he is.

9      Q    Who prepared it?

10     A    I don't recall.  His attorney maybe.  John
11 Hanover.  I can't recall.  It was at that time.

12     Q    You don't have -- are you saying that you don't
13 have a copy of that assignment?

14     A    I might.  I have to look.

15     Q    You have your counsel or you confirm back to me
16 whether you have a copy of it.

17          MR. LUKAS:  Counsel, I know we -- he was just
18 previously asked about that.

19     Q    Now, you had another corporation still in
20 existence, that's Monkey Bars, Inc.  Correct?

21     A    Yes.

22     Q    And it shows that -- Secretary of State's
23 records -- it was created in 1994?

24     A    Yes.

25     Q    What's the purpose of Monkey Bars?  What does

Case 3:11-cv-00534-RCJ-CWH   Document 36-1   Filed 12/17/12   Page 8 of 8
Renteria vs Canepa                              Eugene Canepa as PMK for The Men's Club
                                                                    December 06, 2012

73

1 it do?

2   A   Holds the lease on the property.

3   Q   Anything else?

4   A   Nothing.

5   Q   Okay. You were listed as all the officers and
6 the only director of Monkey Bars, Inc. Are there any
7 other directors or officers --

8   A   No.

9   Q   -- of Monkey Bars?

10      Are there any other shareholders of Monkey Bars
11 other than yourself?

12  A   Each of the five that I mentioned.

13  Q   Okay. Same 2 percent. Okay. In the option to
14 buy The Men's Club, the same option to buy out Monkey
15 Bars at the same time?

16  A   Yes.

17  Q   Okay. Is it in a separate -- is that buyout in
18 a separate document or the same one?

19  A   I think it's in the same.

20      MR. LUKAS: Okay. Again, the same request for
21 that, and reservation applies as before, counsel.

22  Q   Does Monkey Bars -- it holds the lease. Does
23 it actually do any business?

24  A   No.

25  Q   Okay. Does it have any source of income?