Timothy A. Lukas, Esq. (SBN # 4678)
Tamara Reid, Esq. (NV Bar #9840)
Stephan J. Hollandsworth, Esq. (SBN # 10085)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775-327-3000 (tel.); 775-786-6179 (fax)
tlukas@hollandhart.com
sjhollandsworth@hollandhart.com

*Attorneys for Plaintiff Oscar and Denise Renteria, and the Renteria Family Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR RENTERIA and DENISE RENTERIA, individually and in their capacities as Co-Trustees of the RENTERIA FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE CLEVELAND CANEPA, an individual,<br><br>Defendant. | CASE NO:   3:11-CV-00534-RCJ-CWH<br><br>**ORDER SETTING EXAMINATION OF JONATHAN S. STEELE, CPA and ENNIS JORDAN** |

This Court, having granted Plaintiffs/Judgment Creditors' Second Motion for Supplementary Proceedings (#68) by Order dated January 31, 2014 (#73), and good cause otherwise appearing,

IT IS HEREBY ORDERED that Jonathan S. Steele, CPA shall appear at the offices of Holland & Hart LLP, 377 South Nevada Street, Carson City, Nevada, on **March 17, 2014** at 9:00 a.m. to testify under oath concerning Judgment Debtor's assets and shall produce on March 5, 2104 the documents identified in the subpoena duces tecum.

IT IS HEREBY ORDERED that Ennis Jordan shall appear at the office of Holland & Hart LLP, 9555 Hillwood Drive, Second Floor, Las Vegas, NV 89134, on **March 21, 2014** at 9:00 a.m. to testify under oath concerning Judgment Debtor's assets and shall produce on March 5, 2104 the documents identified in the subpoena duces tecum.

1

A copy of this Order shall be served to the parties being examined.

Failure to appear at the time and place stated above may subject the party to punishment for contempt of court.

DATED 5th day of February, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

Respectfully submitted by:

HOLLAND & HART LLP


___*/s/ Tamara Reid*___
Timothy A. Lukas, Esq.
Tamara Reid, Esq.
Stephan J. Hollandsworth, Esq.
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel:  (775) 327-3000
Fax:  (775) 786-6179

Attorneys for Plaintiffs

6642309_1.DOCX

2